UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT BROWN and HRATCH
YEREMIAN,

                Plaintiffs,

                                    Case No.: 2:22-cv-12978
v.                                 Hon. Gershwin A. Drain


MGM GRAND CASINO,

                Defendant.
_____/

## **OPINION AND ORDER DENYING PARTIES' JOINT MOTION TO STAY OR ADJOURN TRIAL DEADLINES [#44]**

Presently before the Court is the parties' joint Motion to Stay or Adjourn Trial Deadlines Pending Rulings on Motions for Summary Judgment. ECF No. 44. Under the Court's current Scheduling Order, the final pretrial order and motions in limine are due on November 29, 2024. ECF No. 26. The final pretrial conference is scheduled for December 10, 2024 and the trial for January 7, 2024. *Id*. The parties argue that it is in the interest of the parties, the Court, and judicial economy to resolve the Motions for Summary Judgment prior to any of these events, because ruling on those Motions will define the scope of trial. Thus, they maintain that under Federal Rule of Civil Procedure 16(b)(4), "good cause" exists to modify the Court's

Scheduling Order to stay or otherwise adjourn all trial-related deadlines until the Court rules on the Motions for Summary Judgment. Fed. R. Civ. P. 16(b)(4).

However, the Court has now ruled on both Motions for Summary Judgment. Because the Court ruled on these Motions prior to any trial-related deadline, there is no need to modify the Scheduling Order. Therefore, all trial-related deadlines will remain the same. Accordingly, the parties' Joint Motion to Stay or Adjourn Trial Deadlines [#44] is DENIED.

**SO ORDERED.**

Dated:  November 18, 2024                      /s/Gershwin A. Drain
                                               GERSHWIN A. DRAIN
                                               United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 18, 2024, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager