# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HRATCH YEREMIAN,

    Plaintiff,

v.

MGM GRAND CASINO,

    Defendant.

Case No. 2:22-cv-12978

Hon. Gershwin A. Drain

## VERDICT FORM

We, the jury, unanimously answer the following questions.

1. Was the Plaintiff's refusal to receive the COVID-19 vaccine based on a sincerely held religious belief?

   √ YES          ____ No

   *If you answered "YES" to Question No. 1, please proceed to the next question. If you answered "NO", then your deliberations are at an end. Please have the foreperson sign and date this form and return it to the court officer.*

2. Has the Defendant proven by a preponderance of the evidence that it could not reasonably accommodate Plaintiff's religious beliefs without suffering an undue hardship?

   ____ YES          √ No

   *If you answered "NO" to Question No. 2, please proceed to the next question. If you answered "YES" to Question No. 2, then your deliberations are at an end and you can have the foreperson sign and date this form and return it to the court officer.*

3. **Amount of Compensatory Damages:**

   We find that the Plaintiff:

   ____ suffered back pay damages in the amount of $ 33,000.00
   (state the amount, or, if none, write the word "none.")

   ____ suffered non-economic damages in the amount of $ 100,000.00
   (state the amount, or, if none, write the word "none.")

   ____ suffered no actual damages.

2

4. **Amount of Punitive Damages:**

We assess punitive damages against the Defendant as follows:

$ __∅__ (state the amount, or, if none, write the word "none.")

Sign and date below and alert the Court Officer that you have reached a verdict.

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the the original signature has been filed under seal.
s/ Jury Foreperson

Jury Foreperson (Signature)

1/16/25
Date

3